DALE A. BLICKENSTAFF, #40681
Attorney at Law
5151 North Palm, Suite 10
Fresno, California 93704
Telephone: (559) 227-1515
Facsimile: (559) 221-6557

Attorney for Chester McCarter

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>                    Plaintiff,                 )<br>                                                        )<br> vs.                                                   )<br>                                                        )<br> CHESTER McCARTER,                   )<br>                                                        )<br>                    Defendant.              )<br> _____ ) | CR-F-04-5238-AWI<br><br>STIPULATION TO CONTINUE MOTION HEARING |

Additional time is needed to allow the defense time to review discovery.

IT IS HEREBY STIPULATED that the hearing currently scheduled for May 23, 2005 at 9:00 a.m. be continued to June 13, 2005 at 9:00 a.m.

It is further stipulated time is excluded pursuant to 18 U.S.C. section 3161(H)(I)(F).

IT IS SO STIPULATED.

Dated: May 19, 2005                    /s/ David Gappa
                                                    DAVID GAPPA
                                                    Assistant U.S. Attorney

Dated: May 19, 2005                    /s/ Dale A. Blickenstaff
                                                    DALE A. BLICKENSTAFF
                                                    Attorney for Defendant

1 ORDER

3      IT IS HEREBY ORDERED that the motion hearing scheduled for May 23, 2005 at 9:00
4 a.m. be continued to June 13, 2005 at 9:00 a.m.

6 IT IS SO ORDERED.
7 **Dated:    May 20, 2005**                          **/s/ Anthony W. Ishii**
  0m8i78                                          UNITED STATES DISTRICT JUDGE